**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   11-cv-01063-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   January 24, 2012** | **Courtroom Deputy:**   Robin Mason |

JOHN GREEN, *et al.*,

    Plaintiffs,

v.

DRAKE BEAM MORIN, INC.,

    Defendant.

Daniel A. Sloane
Jack D. McInnes (*by Telephone*)

Darin L. Mackender

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:02 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Joint Motion to Vacate Joint Motion to Vacate Deadlines (Docket No. 45, filed on 1/3/2012), discovery, depositions, interrogatories, requests for production, experts and Motion to Decertify.

ORDERED:   Joint Motion to Vacate Joint Motion to Vacate Deadlines (Docket No. 45, filed on 1/3/2012) is **GRANTED**.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Discovery Cut-off:   **October 1, 2012**

Dispositive Motions (and Motion to Decertify) deadline:   **October 1, 2012**

Parties shall designate affirmative experts **on or before**   **August 1, 2012**

Parties shall designate rebuttal experts **on or before**   **September 1, 2012**

Each party shall be limited to one (1) expert witnesses (on the issue of damages), absent leave of court.

Each party shall be limited to ten (10) depositions (exclusive of experts), absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than August 24, 2012**.

Each side may serve a total of thirty (30) Interrogatories, including discrete subparts, Each side may serve a total of thirty-five (35) Requests under Fed. R. Civ. P. 34 and 36.

**ORDERED:**  Parties are required to submit to the court an e-discovery protocol that will govern the discovery of electronically stored information **no later than March 1, 2012.**

**A SETTLEMENT CONFERENCE has not been set**.

**FINAL  PRETRIAL CONFERENCE**  is set for **November 6, 2012 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7)  DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate a twelve (12) day jury trial.  A Trial Preparation Conference is set for December 21, 2012 at 3:00 p.m.  The twelve day jury trial is set to start on January 7, 2013 at 8:30 a.m.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        9:47 a.m.**
Total time in court:     00:45

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.