## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.11-cv-01063-REB-CBS

JOHN GREEN, and
ELIZABETH ENRIGHT, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

DRAKE BEAM MORIN, INC.,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court on the **Joint Motion To Vacate Deadlines and To Continue Trial Preparation Conference and Trial** [#111] filed December 5, 2012. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Vacate Deadlines and To Continue Trial Preparation Conference and Trial** [#111] filed December 5, 2012, is **GRANTED**;

2. That the Trial Preparation Conference set for December 21, 2012, and the jury trial set to commence January 7, 2013, are **VACATED** and are **CONTINUED** pending further order of court;

3. That on **January 9, 2013**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the Trial Preparation Conference and jury trial; and

4. That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  December 7, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.